**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47562
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Hyundai Lease Titling Trust
JM-5630

In Re:
RICHARD RALPH CIARELLI
LINDA CIARELLI

**Order Filed on November 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-27101 (CMG)

Adv. No.:

Hearing Date: 11-19-2018

Judge: Hon. Christine M. Gravelle

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Richard and Linda Ciarelli / 47562
Case No:   16-27101 (CMG)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Hyundai Lease Titling Trust** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Douglas Ciarelli** to permit **Hyundai Lease Titling Trust** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2014 Hyundai Sonata
Vehicle Identification Number
5NPEB4AC6EH929698

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-27101-CMG
Richard Ralph Ciarelli                                                  Chapter 13
Linda Ciarelli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 21, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db/jdb         +Richard Ralph Ciarelli,   Linda Ciarelli,   20 Buckingham Drive,   Ocean, NJ 07712-3236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    PENNYMAC CORP. nj.bkecf@fedphe.com
          Eugene D. Roth    on behalf of Joint Debtor Linda  Ciarelli erothesq@gmail.com
          Eugene D. Roth    on behalf of Debtor Richard Ralph Ciarelli erothesq@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC CORP. nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    PENNYMAC CORP. bankruptcy@feinsuch.com
                                                                                             TOTAL: 8